IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY JAMES LAFAVORS,

    Plaintiff,

v.                                         CASE NO. 4:09-cv-00500-SPM-AK

COOK, et al,

    Defendants.

_____/

## **O R D E R**

    This matter is before the Court upon the filing of the First Amended Complaint. (Doc. 7). By previous Order, (doc. 6), Plaintiff was directed to submit three service copies of the original complaint for service upon the named defendants. Plaintiff has, instead, filed an amended complaint. (Doc. 7). The amended complaint names persons as defendants (Cook, Richards, Whiddon), which Plaintiff does not adequately assert claims against, and has deleted Defendant O'Neal as a named defendant, but which he continues to assert claims against in the body of the complaint.

    Plaintiff shall, therefore, file a second amended complaint as follows.

    As an initial matter, Plaintiff should limit his complaint to the form plus no more than five (5) additional pages. He should list each defendant and describe his claim

against them and the facts supporting it.

Second, if he is claiming that the Secretary of DOC and the Warden at Taylor CI had a policy related to legal mail and law library access he should define the policy, otherwise these persons are not liable for the alleged civil rights violations of their employees.

Finally, the last two claims for seizure of funds and interference with his communications are not associated with any of the named defendants and it is not clear what federal or constitutional claims are at issue under the factual circumstances presented.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court shall mail to Plaintiff a form complaint which he shall complete and return on or before May 7, 2010. He shall not attach more than five (5) additional pages to the form.

2. Failure to comply with this Order may result in the dismissal of this action for failure to prosecute.

DONE AND ORDERED this 22nd day of April, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge