IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY JAMES LAFAVORS,

        Plaintiff,

v.                                 CASE NO. 4:09cv500-SPM/GRJ

DUANE SPEARS, et al.,

        Defendant.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated August 5, 2011 (doc. 35).  A copy has been sent to Plaintiff at his last known address.

No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.      The magistrate judge's report and recommendation (doc. 35) is ADOPTED and incorporated by reference in this order.

    2.      Defendants' motion to dismiss (doc. 30) is granted.

    3.      This case is dismissed without prejudice for Plaintiff's abuse of the

judicial process and 28 U.S.C. § 1915A.

DONE AND ORDERED this 7th day of September, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge